UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                               :

DAMON JONES,                         :

                  Plaintiff,    :

                               :              23-CV-2277 (VSB)

         -against-              :

                               :                 **ORDER**

WHITE DRUG CO. OF JAMESTOWN, INC., :

                               :

              Defendant.    :

                               :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 16, 2023, (Doc. 1), and filed an affidavit of service on

April 25, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was

May 5, 2023.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.

Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to

seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my

Individual Rules and Practices in Civil Cases by no later than May 24, 2023.  If Plaintiff fails to

do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this

case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     May 11, 2023
            New York, New York

                                           _____
                                           VERNON S. BRODERICK
                                           United States District Judge